**MCGUIREWOODS LLP**
Anthony Q. Le (SBN# 300660)
ale@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415-844-9944
Facsimile: 415-844-9922

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WILHELMINE MEDEIROS,<br><br>       Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; Bank of America, National Association; Enerbank USA; Bank of the West, Inc. and DOES 1 through 100 inclusive,<br><br>       Defendants. | Case No. 3:16-cv-06338-MMC<br><br>**NOTICE OF SETTLEMENT AND WITHDRAWAL OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS**<br><br>Complaint Filed: November 1, 2016 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff Wilhelmine Medeiros ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (collectively "the Parties"), by and through their counsel of record, have reached a resolution of this action as to BANA.[1]

The Parties are memorializing the terms of settlement, and expect that a Stipulation of Dismissal will be filed by Plaintiff with the Court by May 15, 2017.

**PLEASE ALSO TAKE NOTICE** that in light of the settlement, BANA withdraws its previously-filed Motion to Dismiss (Docket Nos. 41-42) scheduled to be heard on April 7, 2017, at 9:00 a.m. (Docket No. 43).

DATED:  March 1, 2017                    **MCGUIREWOODS LLP**

By: /s/ *Anthony Q. Le*
      Anthony Q. Le
      Attorneys for Defendant Bank of America, N.A.

---

[1] Plaintiff previously filed a Limited Opposition to BANA's Motion to Dismiss indicating the Parties reached a settlement. *See* Docket No. 48.