1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                       UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11
   WILHELMINE MEDEIROS,                    Federal Case No.: 3:16-cv-06338-MMC
12
            Plaintiff,
13
        vs.                                **STIPULATED REQUEST FOR
14                                         DISMISSAL OF DEFENDANT
   EXPERIAN INFORMATION SOLUTIONS,         ENERBANK USA; [PROPOSED] ORDER**
15 INC.; et. al.,

16          Defendants.

17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19        IT IS HEREBY STIPULATED by and between plaintiff Wilhelmine Medeiros and

20 defendant EnerBank USA, that EnerBank USA be dismissed from this action with prejudice

21 pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its

22 own attorneys' fees and costs.

23 //

24 //

25 //

26 //

27 //

28 //

DATED: March 28, 2017  Sagaria Law, P.C.

By: _____/s/ Elliot W. Gale_____
Elliot W. Gale
Attorneys for Plaintiff
Wilhelmine Madeiros

DATED: March 28, 2017  Hemar, Rousso & Heald, LLP

By: _____/s/ Pamela Cox_____
Pamela Cox
Attorneys for Defendant
EnerBank USA

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Pamela Cox has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, EnerBank USA is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____   _____
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE