```
1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| WILHELMINE MEDEIROS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>　　　　　Defendants. | Federal Case No.: 3:16-CV-06338-MMC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Wilhelmine Medeiros and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

DATED:  April 4, 2017          Sagaria Law, P.C.

                               By:  ___/s/ Elliot W. Gale_____
                                         Elliot W. Gale
                               Attorneys for Plaintiff
                               Wilhelmine Madeiros


DATED:  April 4, 2017          Nokes & Quinn



                               By:  ___/s/ Thomas P. Quinn, Jr.___
                                         Thomas P. Quinn, Jr.
                               Attorneys for Defendant
                               Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

/s/ Elliot Gale


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.  Equifax's motion to dismiss is DENIED as moot.

IT IS SO ORDERED.


DATED: April 5, 2017           _____
                               MAXINE M. CHESNEY
                               UNITED STATES DISTRICT JUDGE